668 A.2d 135

Emanuel GARDNER, Appellant,

v.

PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.

Supreme Court of Pennsylvania.

Dec. 27, 1995.

## ORDER

PER CURIAM:

**AND NOW,** this 27th day of December, 1995, the Order of the Commonwealth Court is hereby affirmed.

MONTEMURO, J., participates by designation as a senior judge as provided by Rule of Judicial Administration 701(f).